IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

       v.                                                 08-CR-6087-CJS

YEHIA ALI AHMED ALOMARI,

       Defendant.

---

## STATEMENT OF THE GOVERNMENT WITH RESPECT
## TO SENTENCING FACTORS

PLEASE TAKE NOTICE, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00 at the time of sentencing.

DATED:    Buffalo, New York, November 3, 2009.

                                               Respectfully submitted,

                                               KATHLEEN M. MEHLTRETTER
                                               United States Attorney

                           BY:   s/Timothy C. Lynch
                                   TIMOTHY C. LYNCH
                                   Assistant U.S. Attorney
                                   Western District of New York
                                   138 Delaware Avenue
                                   Buffalo, New York 14202
                                   (716) 843-5700 ext. 846
                                   timothy.lynch@usdoj.gov

TO:  Paul J. Vacca, Esq.
     Kerry J. Chartier, U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

  v.              08-CR-6087-CJS

YEHIA ALI AHMED ALOMARI,

  Defendant.

## CERTIFICATE OF SERVICE

  I hereby certify that on November 3, 2009, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participant on this case:

  Paul J. Vacca, Esq.
  Kerry J. Chartier, U.S. Probation Officer

                s/Karen A. Brown
                KAREN A. BROWN